ORIGINAL

FILED

07 NOV -6 AM 10: 50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:          C P          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF          )     Case No. 07MJ2576
                                         )
507 EAST PARK AVENUE                     )
EL CAJON, CA                             )     ORDER TO UNSEAL
                                         )
                                         )
_____)

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant, the application and affidavit for search

warrant, and the sealing order shall be unsealed.

SO ORDERED.

DATED: 11/5/07                    _____
                                 HONORABLE WILLIAM MCCURINE, JR.
                                 United States Magistrate Judge


Presented by:

KAREN P. HEWITT
United States Attorney


_____
TIMOTHY F. SALEL
Assistant U.S. Attorney